No. 01–10679. ABBAS v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.

No. 01–10680. CAMPBELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–10681. SCHREIBER v. BUREAU OF PRISONS. C. A. 5th Cir. Certiorari denied.

No. 01–10682. HARRIS v. WARDEN, MAINE DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied.

No. 01–10684. EVANS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–10685. BOCKORNY v. PALMATEER, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 01–10686. HUTCHINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10687. HEBERT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10688. FRANKLIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10689. HOOKER v. WARD, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 01–10690. MORRIS v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–10691. ESPINOZA PENA v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–10692. JACKSON ET AL. v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 01–10693. JOHNSON v. KAPTURE, WARDEN. C. A. 6th Cir. Certiorari denied.